AO 245D (Rev. 09/19 - WDLA) Judgment in a Criminal Case for Revocations
Sheet 1

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

MAY 26 2020

TONY R. MOORE, CLERK
BY_____
        DEPUTY

# UNITED STATES DISTRICT COURT

Western District of Louisiana

Monroe Division

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

UNITED STATES OF AMERICA

v.

SOLOMON LEWIS DEVOIL

Case Number: 3:15-CR-00108-1

USM Number: 29368-064

Defendant's Attorney

**Date of Original Judgment: 9/4/2019**
(Or Date of Last Amended Judgment)
**Reason for Amendment:**

☒ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☒ was found in violation of condition(s)   MC9; SPC 1, 3; SC 3, 10, 13   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| SEE NEXT PAGE | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violations(s) conditions.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 26, 2020
Date of Imposition of Judgment

_[signature]_
Signature of Judge

TERRY A. DOUGHTY, United States District Judge
Name of Judge / Title of Judge

May 26, 2020
Date

DEFENDANT:      SOLOMON LEWIS DEVOIL
CASE NUMBER:    3:15-CR-00108-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Offense | Violation Ended |
|---|---|---|
| MC 9 | Defendant has failed to pay his special assessment fee. | |
| SC 3 | Defendant has failed to answer inquired by probation officer truthfully | |
| SpC 1 | Defendant has failed to actively participate in mental health counseling | |
| SC 10 | Defendant has prevented probation officer from visiting him anywhere besides his residence | |
| SC 13 | Defendant has failed to comply with third party risk notification requirement | |
| MC 2 | Defendant committed new traffic offenses and public intimidation | 12/9/2018 |
| MC 2 | Defendant wrote letter to girlfriend containing threats on her life. | 7/2/2019 |

DEFENDANT: SOLOMON LEWIS DEVOIL
CASE NUMBER: 3:15-CR-00108-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 24 months with no supervision to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL